```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Guadalupe De La Mora, aka<br>Guadalupe M. Delamora,<br><br>    Defendant | No. CV A 12-00742<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Guadalupe De La Mora, aka Guadalupe M. Delamora, in the principal amount of $2,698.72 plus interest accrued to January 25, 2012, in the sum of $3,275.02; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**5,973.74**.

DATED:   3/5/2012                By: _TERRI NAFISI_____
                                     Clerk of the Court

                                     L. RAYFORD
                                 _____
                                     Deputy Clerk
                                 United States District Court